**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dick's Automotive Transport, Inc. dba Dick's Community Towing** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0773927** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **888 Camden Ave.** <br> **Campbell, CA 95008** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Santa Clara** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>8410</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

         Contact name     _____

         Phone            _____

---

████  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 3 of 52

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 18, 2024**
MM / DD / YYYY

**X** **/s/ Steve Sgarlato**        **Steve Sgarlato**
Signature of authorized representative of debtor        Printed name

Title    **General Manager**

**18. Signature of attorney**

**X** **/s/ Robert G. Harris**      Date **November 18, 2024**
Signature of attorney for debtor        MM / DD / YYYY

**Robert G. Harris #124678**
Printed name

**Binder Malter Harris & Rome-Banks LLP**
Firm name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Number, Street, City, State & ZIP Code

Contact phone    **(408) 295-1700**      Email address    **rob@bindermalter.com**

**#124678 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Dick's Automotive Transport, Inc. dba Dick's Community Towing**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 18, 2024**          X *  /s/ Steve Sgarlato*
                                                    Signature of individual signing on behalf of debtor

                                                    **Steve Sgarlato**
                                                    Printed name

                                                    **General Manager**
                                                    Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| Debtor name | **Dick's Automotive Transport, Inc. dba Dick's Community Towing** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration 10737 Gateway West, #300 El Paso, TX 79935** | | **Blanket lien on all assets** | | **$1,990,147.00** | **$112,548.55** | **$1,877,598.45** |
| **Sgarlato Leasing LLC 1609 Willowbrook Dr. San Jose, CA 95118** | | **Promissory Note** | | | | **$410,917.89** |
| **Sgarlato Leasing LLC 1609 Willowbrook Dr. San Jose, CA 95118** | | **Promissory Note** | | | | **$240,171.04** |
| **Capytal c/o Adam Nichols, Esq. Piekarsi Law PLLC 1 Whitehall St., 2nd Floor New York, NY 10004** | | **Future receivables** | | **$65,000.00** | **$0.00** | **$65,000.00** |
| **First National Bank of Omaha P.O. Box 2557 Omaha, NE 68103-2557** | | **Trade debt** | | | | **$53,051.37** |
| **Chase PO BOX 15298 Wilmington, DE 19850** | | **Trade debt** | | | | **$50,447.03** |
| **Wells Fargo PO Box 29482 Phoenix, AZ 85038** | | **Trade debt** | | | | **$49,891.68** |
| **Ascentium Capital 23970 US-59 Kingwood, TX 77339** | | **2023 International MV607** | | **$177,918.00** | **$130,000.00** | **$47,918.00** |

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 6 of 52

Debtor  **Dick's Automotive Transport, Inc. dba Dick's Community Towing**
_____
Name

Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ascentium Capital 23970 US-59 Kingwood, TX 77339** | | **2024 Dodge Ram 5500 4x2 DP5L66** | | $166,119.56 | $120,000.00 | $46,119.56 |
| **American Express P.O. Box 981537 El Paso, TX 79998** | | **Trade debt** | | | | $45,974.60 |
| **Capital One PO Box 60599 City of Industry, CA 91716** | | **Trade debt** | | | | $20,020.00 |
| **Eastern Funding LLC 213 West 35th Street New York, NY 10001** | | **2024 International MV607, Flatbed, Class A** | | $127,304.61 | $110,000.00 | $17,304.61 |
| **US Bank Card Member PO Box 790408 Saint Louis, MO 63179-0408** | | **Trade debt** | | | | $16,048.16 |
| **Lytx Cameras 9785 Towne Center Dr. San Diego, CA 92121** | | **Trade debt** | | | | $9,946.20 |
| **Office Depot P.O. Box 70025 Los Angeles, CA 90074** | | **Trade debt** | | | | $5,809.98 |
| **Home Depot PO Box 6026 The Lakes, NV 88901-6026** | | **Trade debt** | | | | $4,498.03 |
| **John Zowin 26050 Adams Rd. Los Gatos, CA 95033** | | **Wages** | | | | $3,082.31 |
| **Steve Sgarlato 12171 Highway 9 Boulder Creek, CA 95006** | | **Wages** | | | | $3,076.92 |
| **Glenn Sgarlato 1988 Harris Ave. San Jose, CA 95124** | | **Wages** | | | | $3,076.92 |
| **Gary Nelson 905 Castlewood Dr., #2 Los Gatos, CA 95032** | | **Wages** | | | | $2,829.31 |

**Fill in this information to identify the case:**

Debtor name    **Dick's Automotive Transport, Inc. dba Dick's Community Towing**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*............................................................................................    $       **0.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*.........................................................................................    $     **1,014,432.90**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*...........................................................................................    $     **1,014,432.90**

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **2,716,014.25**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **38,117.56**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **906,775.98**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                  $     **3,660,907.79**

Case: 24-51752    Doc# 1    Filed: 11/18/24    Entered: 11/18/24 16:09:34    Page 8 of 52

Fill in this information to identify the case:

Debtor name    **Dick's Automotive Transport, Inc. dba Dick's Community Towing**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Business Checking Wells Fargo - account number 5804** | | | $3,909.77 |
| 3.2. | **Business Checking United Security Bank - account number 2406** | | | $5,716.52 |
| 3.3. | **Business Checking United Security Bank - account number 2414** | | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$9,626.29** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 9 of 52

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:  **71,060.25**  -  **6,806.61** ....  **$64,806.61**

face amount    doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$64,806.61**

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>**Office equipment** | **$35,021.70** | Liquidation | **$10,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.    **$10,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 10 of 52

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2022 International MV607, Flatbed, Class A** | $0.00 | Comparable sale | $110,000.00 |
| 47.2. **2024 International MV607, Flatbed, Class A** | $0.00 | Comparable sale | $110,000.00 |
| 47.3. **2018 Peterbilt 337, Flatbed, Class B** | $0.00 | Comparable sale | $140,000.00 |
| 47.4. **2022 Dodge Ram 5500, Wheelift, Class A, Serial No. 3C7WRMBL7NG157495** | $0.00 | Comparable sale | $95,000.00 |
| 47.5. **2017 Peterbilt 337, W/L Medium, Class B** | $0.00 | Comparable sale | $110,000.00 |
| 47.6. **2016 Air Tow Trailer** | $0.00 | Comparable sale | $5,000.00 |
| 47.7. **2024 Dodge Ram 5500 4x2 DP5L66** | $0.00 | Comparable sale | $120,000.00 |
| 47.8. **2023 International MV607** | $0.00 | Comparable sale | $130,000.00 |
| 47.9. **2021 International MV607** | $0.00 | Comparable sale | $100,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery equipment** | $83,498.37 | | $10,000.00 |

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 11 of 52

51.   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $930,000.00 |
|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial lease located at 888 Camden Ave., Campbell, CA.** | **Leasehold interest** | **$0.00** | | **$0.00** |
| 55.2.  **Commercial lease located at 892 Camden Ave., Campbell, CA** | **Leasehold interest** | **$0.00** | | **$0.00** |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| Debtor | **Dick's Automotive Transport, Inc. dba Dick's Community Towing** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** https://dickscommunitytow.com/ | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 13 of 52

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,626.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $64,806.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $930,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,014,432.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,014,432.90 |

**Fill in this information to identify the case:**

Debtor name    **Dick's Automotive Transport, Inc. dba Dick's Community Towing**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ascentium Capital** | Describe debtor's property that is subject to a lien | $166,119.56 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**23970 US-59**
**Kingwood, TX 77339**

Creditor's mailing address

**2024 Dodge Ram 5500 4x2 DP5L66**

Describe the lien
**Truck Purchase**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/14/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ascentium Capital** | Describe debtor's property that is subject to a lien | $177,918.00 | $130,000.00 |
|---|---|---|---|---|

Creditor's Name

**23970 US-59**
**Kingwood, TX 77339**

Creditor's mailing address

**2023 International MV607**

Describe the lien
**Automobiles, Trailers, Tractors, Forklifts**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**0702/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Case: 24-51752    Doc# 1    Filed: 11/18/24    Entered: 11/18/24 16:09:34    Page 15 of 52

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Capytal** | Describe debtor's property that is subject to a lien | $65,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Adam Nichols, Esq.**
**Piekarsi Law PLLC**
**1 Whitehall St., 2nd Floor**
**New York, NY 10004**
Creditor's mailing address

**Future receivables**

Creditor's email address, if known

**Describe the lien**
**UCC Lien**

Date debt was incurred

**Is the creditor an insider or related party?**
■ No
☐ Yes

**12/20/23**

Last 4 digits of account number

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Eastern Funding LLC** | Describe debtor's property that is subject to a lien | $127,304.61 | $110,000.00 |
|---|---|---|---|---|

Creditor's Name

**213 West 35th Street**
**New York, NY 10001**
Creditor's mailing address

**2024 International MV607, Flatbed, Class A**

Creditor's email address, if known

**Describe the lien**
**automobile purchase**

Date debt was incurred

**Is the creditor an insider or related party?**
■ No
☐ Yes

Last 4 digits of account number

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Forward Financing LLC** | Describe debtor's property that is subject to a lien | $149,600.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**36 Bromfield St., Suite 210**
**Boston, MA 02108**
Creditor's mailing address

**Up front cash payment for needs such as payroll, inventory purchasing, and equipment purchasing.**

**Describe the lien**
**UCC Lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**11/13/23**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Global Merchant Cash dba Wall Street** | Describe debtor's property that is subject to a lien | $39,925.08 | $0.00 |

Creditor's Name

**c/o  Yeshaya Gorkin, Esq.
Ainsworth Gorkin PLLC
PO Box 605
New York, NY 10038**

**Future receivables**

Creditor's mailing address

Describe the lien

**UCC Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**7/6/23**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $1,990,147.00 | $112,548.55 |

Creditor's Name

**10737 Gateway West, #300
El Paso, TX 79935**

**Blanket lien on all assets**

Creditor's mailing address

Describe the lien

**EIDL Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**7/5/20**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7178**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 17 of 52

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** |

$2,716,014.25

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Small Business Administration**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | Line __2.7__ | |

**Fill in this information to identify the case:**

Debtor name   **Dick's Automotive Transport, Inc. dba Dick's Community Towing**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Charles Murray**
**PO Box 1361**
**Campbell, CA 95009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,653.68**     Priority amount **$2,653.68**

Date or dates debt was incurred
**11/18/2024**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2** | Priority creditor's name and mailing address

**Elizabeth Hall**
**824 South Street**
**Hollister, CA 95023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,140.63**     Priority amount **$2,140.63**

Date or dates debt was incurred
**11/18/2024**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 19 of 52

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Unit**
**P.O. Box 2952**
**Sacramento, CA 95812**

As of the petition filing date, the claim is: — **Unknown** **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address
**Gary Nelson**
**905 Castlewood Dr., #2**
**Los Gatos, CA 95032**

As of the petition filing date, the claim is: — **$2,829.31** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/18/2024**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address
**Glenn Sgarlato**
**1988 Harris Ave.**
**San Jose, CA 95124**

As of the petition filing date, the claim is: — **$3,076.92** **$3,076.92**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/18/2024**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address
**Heath Condie**
**614 Armanini Ave.**
**Santa Clara, CA 95050**

As of the petition filing date, the claim is: — **$2,325.29** **$2,325.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/18/2024**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **IRS**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,829.07** | **$2,829.07** |
|---|---|---|---|---|
| | **Jarhon Saetern-Calata**<br>**389 N Central Ave.**<br>**Campbell, CA 95008** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,702.59** | **$2,702.59** |
|---|---|---|---|---|
| | **Jason Effinger**<br>**5771 Preston Dr.**<br>**San Jose, CA 95124** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**11/18/2024** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,082.31** | **$3,082.31** |
|---|---|---|---|---|
| | **John Zowin**<br>**26050 Adams Rd.**<br>**Los Gatos, CA 95033** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**11/18/2024** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Joseph Sgarlato** | Check all that apply. | | |
| | **226 Edelen Avenue, Apt. 42** | ☐ Contingent | | |
| | **Los Gatos, CA 95030** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,566.00 | $1,566.00 |
|---|---|---|---|---|
| | **Megan Sgarlato** | Check all that apply. | | |
| | **16373 Juan Hernandez Drive** | ☐ Contingent | | |
| | **Morgan Hill, CA 95037** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **11/18/2024** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,890.00 | $1,890.00 |
|---|---|---|---|---|
| | **Michael Frysinger** | Check all that apply. | | |
| | **1455 Medallion Dr.** | ☐ Contingent | | |
| | **San Jose, CA 95120** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **11/18/2024** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,587.63 | $2,587.63 |
|---|---|---|---|---|
| | **Ramon Chavez** | Check all that apply. | | |
| | **416 Arleta Avenue** | ☐ Contingent | | |
| | **San Jose, CA 95128** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **11/18/2024** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Case: 24-51752    Doc# 1    Filed: 11/18/24    Entered: 11/18/24 16:09:34    Page 22 of 52

| Debtor | **Dick's Automotive Transport, Inc. dba Dick's Community Towing** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,326.61 | $2,326.61 |
|---|---|---|---|---|

**Roberto Garcia**
**661 Glenburry Way**
**San Jose, CA 95123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/18/2024**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,474.42 | $2,474.42 |
|---|---|---|---|---|

**Rodney Enko**
**1646 Glenroy Dr.**
**San Jose, CA 95124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/18/2024**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Stephen Sgarlato**
**1609 Willowbrook Dr.**
**San Jose, CA 95118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,076.92 | $3,076.92 |
|---|---|---|---|---|

**Steve Sgarlato**
**12171 Highway 9**
**Boulder Creek, CA 95006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/18/2024**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 24-51752    Doc# 1    Filed: 11/18/24    Entered: 11/18/24 16:09:34    Page 23 of 52

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,556.18 | $2,556.18 |
|---|---|---|---|---|

**Steve Spauldiing**
**12171 Hwy 9 Unit 9**
**Boulder Creek, CA 95006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/18/2024**

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,974.60 |

**American Express**
**P.O. Box 981537**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Trade debt**

Last 4 digits of account number **1218**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,020.00 |
|---|---|---|---|

**Capital One**
**PO Box 60599**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,447.03 |
|---|---|---|---|

**Chase**
**PO BOX 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/29/17**

Basis for the claim: **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,051.37 |
|---|---|---|---|

**First National Bank of Omaha**
**P.O. Box 2557**
**Omaha, NE 68103-2557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/30/19**

Basis for the claim: **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Flyers Energy**
**PO Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Notice only**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dick's Automotive Transport, Inc. dba Dick's Community Towing** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,498.03 |
|---|---|---|---|

**Home Depot**
**PO Box 6026**
**The Lakes, NV 88901-6026**

Date(s) debt was incurred  11/7/17

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,946.20 |
|---|---|---|---|

**Lytx Cameras**
**9785 Towne Center Dr.**
**San Diego, CA 92121**

Date(s) debt was incurred  3/1/20

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,809.98 |
|---|---|---|---|

**Office Depot**
**P.O. Box 70025**
**Los Angeles, CA 90074**

Date(s) debt was incurred  12/5/17

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,171.04 |
|---|---|---|---|

**Sgarlato Leasing LLC**
**1609 Willowbrook Dr.**
**San Jose, CA 95118**

Date(s) debt was incurred  12/27/22

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sgarlato Leasing LLC**
**1609 Willowbrook Dr.**
**San Jose, CA 95118**

Date(s) debt was incurred  2/1/22 - 1/31/32

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commercial Lease located at 888 Camden Ave., Campbell, CA

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410,917.89 |
|---|---|---|---|

**Sgarlato Leasing LLC**
**1609 Willowbrook Dr.**
**San Jose, CA 95118**

Date(s) debt was incurred  12/27/22

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sgarlato Properties**
**892 Camden Ave.**
**Campbell, CA 95008**

Date(s) debt was incurred  1/1/16- 3/1/32

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commercial lease located at 892 Camden Ave., Campbell, CA

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 25 of 52

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,048.16 |
|---|---|---|---|

**US Bank Card Member**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was incurred __10/30/19__

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,891.68 |
|---|---|---|---|

**Wells Fargo**
**PO Box 29482**
**Phoenix, AZ 85038**

Date(s) debt was incurred __2/1/15__

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 38,117.56 |
| 5b. Total claims from Part 2 | 5b.  + | $ 906,775.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 944,893.54 |

Debtor name    **Dick's Automotive Transport, Inc. dba Dick's Community Towing**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Leased property located at 888 Camden Avenue, Campbell, CA 95008** | |
| | State the term remaining | **February 1, 2022 - January 23, 2032** | **Sgarlato Leasing LLC 1609 Willowbrook Dr. San Jose, CA 95118** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Leased property located at 892 Camden Ave., Campbell, CA 95008** | |
| | State the term remaining | **January 27, 2023 - December 27,2029** | **Sgarlato Properties, LLC 1609 Willowbrook Dr. San Jose, CA 95118** |
| | List the contract number of any government contract | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **Dick's Automotive Transport, Inc. dba Dick's Community Towing**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Glenn Sgarlato** | **1488 Harris Ave.**<br>**San Jose, CA 95124** | **Capytal** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Glenn Sgarlato** | **1488 Harris Ave.**<br>**San Jose, CA 95124** | **Global Merchant Cash dba Wall Street** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Glenn Sgarlato** | **1488 Harris Ave.**<br>**San Jose, CA 95124** | **U.S. Small Business Administration** | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Glenn Sgarlato** | **1488 Harris Ave.**<br>**San Jose, CA 95124** | **Forward Financing LLC** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Glenn Sgarlato** | **1488 Harris Ave.**<br>**San Jose, CA 95124** | **American Express** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |

Case: 24-51752    Doc# 1    Filed: 11/18/24    Entered: 11/18/24 16:09:34    Page 28 of 52

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Glenn Sgarlato** — 1488 Harris Ave. San Jose, CA 95124 | **Home Depot** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.7 | **Glenn Sgarlato** — 1488 Harris Ave. San Jose, CA 95124 | **Office Depot** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.8 | **Glenn Sgarlato** — 1488 Harris Ave. San Jose, CA 95124 | **Chase** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.9 | **Glenn Sgarlato** — 1488 Harris Ave. San Jose, CA 95124 | **First National Bank of Omaha** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.10 | **Glenn Sgarlato** — 1488 Harris Ave. San Jose, CA 95124 | **US Bank Card Member** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.11 | **Glenn Sgarlato** — 1488 Harris Ave. San Jose, CA 95124 | **Wells Fargo** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.12 | **Glenn Sgarlato** — 1488 Harris Ave. San Jose, CA 95124 | **Ascentium Capital** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 29 of 52

| Debtor | Dick's Automotive Transport, Inc. dba Dick's Community Towing | Case number *(if known)* |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.13 | **Glenn Sgarlato** | 1488 Harris Ave.<br>San Jose, CA 95124 | **Ascentium Capital** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | **Greg Sgarlato** | 16373 Juan Hernandez Drive<br>Morgan Hill, CA 95037 | **Ascentium Capital** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Greg Sgarlato** | 16373 Juan Hernandez Drive<br>Morgan Hill, CA 95037 | **Ascentium Capital** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Greg Sgarlato** | 16373 Juan Hernandez Drive<br>Morgan Hill, CA 95037 | **U.S. Small Business Administration** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Ronald Sgarlato** | 239 Omira Drive<br>San Jose, CA 95123 | **Capytal** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Ronald Sgarlato** | 239 Omira Drive<br>San Jose, CA 95123 | **Global Merchant Cash dba Wall Street** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Ronald Sgarlato** | 239 Omira Drive<br>San Jose, CA 95123 | **U.S. Small Business Administration** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

Case: 24-51752  Doc# 1  Filed: 11/18/24  Entered: 11/18/24 16:09:34  Page 30 of 52

| Debtor | **Dick's Automotive Transport, Inc. dba Dick's Community Towing** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.20 | **Ronald Sgarlato** 239 Omira Drive San Jose, CA 95123 | **Forward Financing LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.21 | **Ronald Sgarlato** 239 Omira Drive San Jose, CA 95123 | **American Express** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.22 | **Ronald Sgarlato** 239 Omira Drive San Jose, CA 95123 | **Home Depot** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.23 | **Ronald Sgarlato** 239 Omira Drive San Jose, CA 95123 | **Office Depot** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.24 | **Ronald Sgarlato** 239 Omira Drive San Jose, CA 95123 | **Chase** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.25 | **Ronald Sgarlato** 239 Omira Drive San Jose, CA 95123 | **First National Bank of Omaha** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.26 | **Ronald Sgarlato** 239 Omira Drive San Jose, CA 95123 | **US Bank Card Member** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |

| Debtor | **Dick's Automotive Transport, Inc. dba Dick's Community Towing** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.27 **Ronald Sgarlato** | 239 Omira Drive<br>San Jose, CA 95123 | **Ascentium Capital** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 **Ronald Sgarlato** | 239 Omira Drive<br>San Jose, CA 95123 | **Ascentium Capital** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 32 of 52

| Fill in this information to identify the case: |
| :--- |

Debtor name **Dick's Automotive Transport, Inc. dba Dick's Community Towing**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| :--- | :--- | ---: |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,758,326.35** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,926,244.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,872,450.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| :--- | :--- | :--- |
| | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| :--- | :--- | :--- | :--- |

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 33 of 52

| Debtor | Dick's Automotive Transport, Inc. dba Dick's Community Towing | Case number (if known) | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Kaiser Group Health**<br>P.O. Box 30766<br>Salt Lake City, UT 84130-0766 | **June 2024 - August 2024** | **$16,789.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health insurance** |
| 3.2. **ICW Workers' Comp Ins**<br>15025 Innovation Drive<br>San Diego, CA 92128 | **June 2024 - August 2024** | **$13,479.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Worker's Compensation insurance** |
| 3.3. **First Insurance Liability Insurance**<br>5007 Southpark Dr., Suite 230<br>Durham, NC 27713 | **June 2024 - August 2024** | **$37,318.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Liability Insurance** |
| 3.4. **Sgarlato Leasing LLC**<br>1609 Willowbrook Dr.<br>San Jose, CA 95118 | **June 2024 - August 2024** | **$14,292.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan** |
| 3.5. **Flyers Energy**<br>PO Box 39000<br>San Francisco, CA 94139 | **June 2024 - August 2024** | **$35,307.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Sgarlato Leasing LLC**<br>1609 Willowbrook Dr.<br>San Jose, CA 95118 | **June 2024 - August 2024** | **$37,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent for 892 Camden, Campbell, CA** |
| 3.7. **Sgarlato Leasing LLC**<br>1609 Willowbrook Dr.<br>San Jose, CA 95118 | **June 2024 - August 2024** | **$18,859.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent for 888 Camden, Campbell, CA** |

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 34 of 52

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Global Merchant Cash dba Wall Street c/o Yeshaya Gorkin, Esq. Ainsworth Gorkin PLLC PO Box 605 New York, NY 10038** | **June 2024 - August 2024** | **$23,727.04** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Merchant Cash Advance** |
| 3.9. **Forward Financing LLC 36 Bromfield St., Suite 210 Boston, MA 02108** | **June 2024 - August 2024** | **$21,592.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Merchant Cash Advance** |
| 3.10. **Capytal c/o Adam Nichols, Esq. Piekarsi Law PLLC 1 Whitehall St., 2nd Floor New York, NY 10004** | **June 2024 - August 2024** | **$18,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Merchant Cash Advance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Ronald Sgarlato 239 Omira Drive San Jose, CA 95123 President** | **August 2023 - August 2024** | **$77,291.53** | **Salary** |
| 4.2. **Glenn Sgarlato 1988 Harris Avenue San Jose, CA 95124 Treasurer** | **August 2023 - August 2024** | **$79,999.92** | **Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Forward Financing LLC 36 Bromfield St., Suite 210 Boston, MA 02108** | **Garnishment** | **April 12, 2024** | **$13,218.72** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

Case: 24-51752    Doc# 1    Filed: 11/18/24    Entered: 11/18/24 16:09:34    Page 35 of 52

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Capytal vs. Dick's Automotive Transport, Inc., et al.**<br>**Index #E2024002699** | **Breach of Contract** | **Supreme Court of the State of New York**<br>**County of Monroe**<br>**99 Exchange Blvd. #545**<br>**Rochester, NY 14614** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Forward Financing vs. Dick's Automotive Transport, Inc., et al.**<br>**6319646** | **Breach of Contract** | **Unknown** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Global Merchant Cash Inc. dba Wall Street Funding vs. Dick's Automotive Transport, Inc., et al.** | **Breach of Contract** | **Supreme Court of the State of New York**<br>**County of Kings**<br>**360 Adams St. #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Case: 24-51752    Doc# 1    Filed: 11/18/24    Entered: 11/18/24 16:09:34    Page 36 of 52

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Binder Malter Harris & Rome-Banks 2775 Park Ave. Santa Clara, CA 95050** | **Debtor paid to Binder Malter Harris & Rome-Banks, LLP for Bankruptcy Analysis the sum of $10,000. Debtor also paid to Binder Malter Harris & Rome-Banks, LLP the sum of $60,000.00 for this Chapter 11 case.** | **March 24, 2024 October 4, 2024** | **$70,000.00** |

Email or website address
**Rob@bindermalter.com**

Who made the payment, if not debtor?

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **First Line Equipment Rental 4125 Winters Street Sacramento, CA 95838** | **2022 Dodge Model 5500, (Serial No. 3C7WRMAL7NG118732)** | **February 3, 2024** | **$95,000.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **House of Wreckers 161 Industrial Blvd. San Carlos, CA 94070** | **2016 Freightliner M2 Flatbed, class A** | **June 10, 2024** | **$29,000.00** |
| | Relationship to debtor **None** | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **House of Wreckers**<br>**161 Industrial Blvd.**<br>**San Carlos, CA 94070** | **2019 Dodge Ram 5500, Flatbed** | **July 26, 2024** | **$57,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.4. | **Community Towing**<br>**16360 Monterey Rd., Suite 230**<br>**Morgan Hill, CA 95037** | **2018 Peterbuilt 337 Car Carrier** | **09/27/24** | **$130,000.00** |
| | Relationship to debtor<br>**None** | | | |

---

**Part 7:**  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan<br>**Dick's Community Towing 401K Plan** | Employer identification number of the plan<br>EIN:  **800773927** |
|---|---|

    Has the plan been terminated?
    ■ No
    ☐ Yes

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 38 of 52

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Case: 24-51752   Doc# 1   Filed: 11/18/24   Entered: 11/18/24 16:09:34   Page 39 of 52

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1. **Dick's Automotive Transport, Inc.**<br>**dba Dick's Community Towing**<br>**888 Camden Ave.**<br>**Campbell, CA 95008** | **Vehicle Towing** | EIN: **800773927**<br><br>From-To **December 19, 2011 -** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1. **Milani, Lee and Associates CPAS, Inc.**<br>**1570 The Alameda, #315**<br>**San Jose, CA 95126** | **Last 2 years** |
| 26a.2. **Barry Drake, Accountant**<br>**5864 Antigua Dr.**<br>**San Jose, CA 95120** | **Last 2 years** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1. **Milani Lee & Associates**<br>**1570 The Alameda, Unite 315**<br>**San Jose, CA 95126** | **2000-2024** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Case: 24-51752    Doc# 1    Filed: 11/18/24    Entered: 11/18/24 16:09:34    Page 40 of 52

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ronald Sgarlato | 239 Omira Drive San Jose, CA 95123 | President | 34% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Greg Sgarlato | 16373 Juan Hernandez Drive Morgan Hill, CA 95037 | Secretary | 33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Glenn Sgarlato | 1988 Harris Avenue San Jose, CA 95124 | Treasurer | 33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Sgarlato | 1609 Willowbrook Dr. San Jose, CA 95118 | General Manager | 0% |

## 29.
Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Ronald Sgarlato** <br> **239 Omira Drive** <br> **San Jose, CA 95123** | **$77,291.53** | **August 2023 - August 2024** | **Salary** |
| **Relationship to debtor** <br> **President** | | | |
| 30.2.  **Glenn Sgarlato** <br> **1988 Harris Avenue** <br> **San Jose, CA 95124** | **$79,999.92** | **August 2023 - August 2024** | **Salary** |
| **Relationship to debtor** <br> **Treasurer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:** **Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 18, 2024**
_____

**/s/ Steve Sgarlato**
Signature of individual signing on behalf of the debtor

**Steve Sgarlato**
Printed name

Position or relationship to debtor   **General Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re    **Dick's Automotive Transport, Inc. dba Dick's Community Towing**    Case No. _____

                                         Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **General Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 18, 2024**             Signature    **/s/ Steve Sgarlato**

                                                                 **Steve Sgarlato**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**Dick's Automotive Transport, Inc. dba Dick's Community Towing**

_____       Debtor(s).       /

<u>CREDITOR MATRIX COVER SHEET</u>

      I declare that the attached Creditor Mailing Matrix, consisting of <u>6</u> sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **November 18, 2024**

**/s/ Robert G. Harris**
_____
Signature of Debtor's Attorney or Pro Per Debtor

American Express
P.O. Box 981537
El Paso, TX 79998


Ascentium Capital
23970 US-59
Kingwood, TX 77339


Capital One
PO Box 60599
City of Industry, CA 91716


Capytal
c/o Adam Nichols, Esq.
Piekarsi Law PLLC
1 Whitehall St., 2nd Floor
New York, NY 10004


Charles Murray
PO Box 1361
Campbell, CA 95009


Chase
PO BOX 15298
Wilmington, DE 19850


Eastern Funding LLC
213 West 35th Street
New York, NY 10001


Elizabeth Hall
824 South Street
Hollister, CA 95023

First National Bank of Omaha
P.O. Box 2557
Omaha, NE 68103-2557


Flyers Energy
PO Box 39000
San Francisco, CA 94139


Forward Financing LLC
36 Bromfield St., Suite 210
Boston, MA 02108


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812


Gary Nelson
905 Castlewood Dr., #2
Los Gatos, CA 95032


Glenn Sgarlato
1988 Harris Ave.
San Jose, CA 95124


Glenn Sgarlato
1488 Harris Ave.
San Jose, CA 95124


Global Merchant Cash dba Wall Street
c/o Yeshaya Gorkin, Esq.
Ainsworth Gorkin PLLC
PO Box 605
New York, NY 10038

Greg Sgarlato
16373 Juan Hernandez Drive
Morgan Hill, CA 95037


Heath Condie
614 Armanini Ave.
Santa Clara, CA 95050


Home Depot
PO Box 6026
The Lakes, NV 88901-6026


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


Jarhon Saetern-Calata
389 N Central Ave.
Campbell, CA 95008


Jason Effinger
5771 Preston Dr.
San Jose, CA 95124


John Zowin
26050 Adams Rd.
Los Gatos, CA 95033


Joseph Sgarlato
226 Edelen Avenue, Apt. 42
Los Gatos, CA 95030

Lytx Cameras
9785 Towne Center Dr.
San Diego, CA 92121


Megan Sgarlato
16373 Juan Hernandez Drive
Morgan Hill, CA 95037


Michael Frysinger
1455 Medallion Dr.
San Jose, CA 95120


Office Depot
P.O. Box 70025
Los Angeles, CA 90074


Ramon Chavez
416 Arleta Avenue
San Jose, CA 95128


Roberto Garcia
661 Glenburry Way
San Jose, CA 95123


Rodney Enko
1646 Glenroy Dr.
San Jose, CA 95124


Ronald Sgarlato
239 Omira Drive
San Jose, CA 95123

Sgarlato Leasing LLC
1609 Willowbrook Dr.
San Jose, CA 95118


Sgarlato Properties
892 Camden Ave.
Campbell, CA 95008


Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


Stephen Sgarlato
1609 Willowbrook Dr.
San Jose, CA 95118


Steve Sgarlato
12171 Highway 9
Boulder Creek, CA 95006


Steve Spauldiing
12171 Hwy 9 Unit 9
Boulder Creek, CA 95006


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


US Bank Card Member
PO Box 790408
Saint Louis, MO 63179-0408

```
Wells Fargo
PO Box 29482
Phoenix, AZ 85038
```

# United States Bankruptcy Court
## Northern District of California

In re __Dick's Automotive Transport, Inc. dba Dick's Community Towing__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Dick's Automotive Transport, Inc. dba Dick's Community Towing__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 18, 2024
_____
Date

/s/ Robert G. Harris
_____
Robert G. Harris #124678
Signature of Attorney or Litigant
Counsel for __Dick's Automotive Transport, Inc. dba Dick's Community Towing__
_____
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700 Fax:(408) 295-1531
rob@bindermalter.com